UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **Larbi Semiani,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-958 (UNA) |
| ) | |
| **U.S. Embassy in Algeria,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Plaintiff's application to proceed *in forma pauperis* on appeal before the United States Court of Appeals for the District of Columbia Circuit has been filed in this Court. Upon review of the application, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* on appeal is GRANTED.

Date: 8/13/08

_____
United States District Judge

9