UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Larbi Semiani, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-958 (UNA) |
| U.S. Embassy in Algeria, ) | |
| Defendant. ) | |

## ORDER

Plaintiff has filed a "response" to the Order dismissing without prejudice his *pro se* complaint for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure. The response will be construed as a motion for relief from the Order, and will be denied.

Plaintiff has shown no grounds for granting relief from the Order. *See* Fed. R. Civ. P. 60(b). The complaint was dismissed without prejudice. Plaintiff, whose application to proceed *in forma pauperis* was granted, is free to file a complaint that complies with the requirements of Rule 8(a).

ORDERED that the plaintiff's motion for relief from the order dismissing the complaint is DENIED.

Date: 8/13/08

United States District Judge